# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>TORY BURCH LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. 2:21-cv-00494-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: March 26, 2021<br>Current Response Date: May 14, 2021<br>New Response Date: May 28, 2021 |

Pursuant to the Parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's Complaint on or before May 28, 2021.

Dated: May 13, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE