# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TORY BURCH LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendant. | Case No. 2:21-cv-00494-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: March 26, 2021<br>Current Response Date: May 28, 2021<br>New Response Date: June 11, 2021 |

　　　Pursuant to the Parties' stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's Complaint on or before June 11, 2021.

Dated: May 28, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Emily Papania*
EMILY A. PAPANIA