UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>TORY BURCH LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendant. | Case No.: 2:21-CV-00494-WBS-AC<br><br>**ORDER** |

**ORDER**

Pursuant to the Notice of Settlement, the parties shall file a Joint Stipulation for Dismissal no later than **September 27, 2021**, or a joint status report by that date if settlement has not been finalized. The Scheduling Conference currently set for November 22, 2021 at 1:30 p.m. shall remain as set.

**IT IS SO ORDERED.**

Dated: July 29, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE